**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI
CENTRAL DIVISION**

| | | |
|---|---|---|
| **LEE ANN WRAY,** | ) | |
| | ) | |
| **Plaintiff.** | ) | |
| | ) | |
| **v.** | ) | **Case No:  20-04100-CV-C-NKL** |
| | ) | |
| **SMITCO EATERIES, INC.,** | ) | |
| | ) | |
| **Defendant.** | ) | |

## DISMISSAL WITH PREJUDICE OF ALL CLAIMS

PLAINTIFF, Lee Ann Wray, by and through her attorney, Daniel J. Voss, hereby dismisses Plaintiff's claims and causes of action against Defendant with prejudice, each party to bear their own costs and fees.

/s/ Daniel J. Voss
Daniel J. Voss, #49246
Daniel J. Voss, Attorney at Law
4723 Terrace Street
Kansas City, MO 64112
Phone:  816-522-3536
E-mail:  dan@danvosslaw.com

ATTORNEY FOR PLAINTIFF